IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VITAWEE NISHIDA AND ROBERT NISHIDA, | ) ) ) | CV 23-00409 JMS-RT |
| Plaintiffs, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS CASE FOR FAILURE TO SERVE AND DILIGENTLY PROSECUTE |
| v. | ) ) ) | |
| UR JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, WASHINGTON, D.C.; AND JAYCI RONEY, DIRECTOR, USCIS HONOLULU FIELD OFFICE, HONOLULU, HI 96813, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION TO DISMISS THIS CASE FOR
<u>FAILURE TO SERVE AND DILIGENTLY PROSECUTE</u>

Findings and Recommendation having been filed and served on all parties on February 15, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge